United States Bankruptcy Court
Southern District of Texas
FILED

JAN 0 8 2008

Michael N. Milby, Clerk

January 3, 2007

Clerk of District Court
P.O. Box 61010
Houston, TX 77208-1010

Re: Edwin Wilson v. USA et al   Nos. 4:2005CV 03646 &
4:1997 CV 00831

Dear Sir/Madam:

 Please send me the docket sheets for these two cases.  Thank you in advance.

Sincerely,

James R. Niblock
P.O. Box 1010
Bastrop, TX  78602-1010